THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ESTEL LEE THOMAS, Defendant-Appellant.

(No. 70-281; ▮▮▮▮▮▮▮▮

Second District—February 8, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of Elgin, for appellant.

Albert N. Kennedy, State's Attorney, of Dixon, for the People.